IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW ROVITO,

    Petitioner,  JUDGMENT IN A CIVIL CASE

v.  Case No. 15-cv-729-jdp

T. KROGER,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Andrew Rovito's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 5/5/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |